McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8943
   Facsimile: (415) 744-0134
   E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARLEN RAY WOODS,  )<br>  )<br>   Plaintiff,  )<br>  )<br>         v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Acting Commissioner of  )<br>Social Security,  )<br>  )<br>   Defendant.  )<br>_____ ) | CIVIL NO. 1:07-CV-00378 LJO-TAG<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following actions:

   1.   Update the record regarding Plaintiff's impairments;

   2.   Evaluate the lay witness evidence in accordance with Social Security Ruling ("SSR") 06-3p;

3.  Reevaluate Plaintiff's subjective complaints in accordance with SSR 96-7p;

4.  Reassess Plaintiff's residual functional capacity; and

5.  Obtain, if necessary, vocational testimony to assist in determining what jobs exist in significant numbers for Plaintiff given his age, education, vocational factors, and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: 8/27/07            */s/ Robert D. Christenson*
                          (As authorized via facsimile)
                          ROBERT D. CHRISTENSON
                          Attorney for Plaintiff

Dated: 8/27/07            McGREGOR W. SCOTT
                          United States Attorney
                          LUCILLE GONZALES MEIS
                          Regional Chief Counsel, Region IX
                          Social Security Administration

                          */s/ Katherine R. Loo*
                          KATHERINE R. LOO
                          Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   August 27, 2007**         */s/ Lawrence J. O'Neill*
                                     UNITED STATES DISTRICT JUDGE

2