McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ARLEN RAY WOODS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:07-CV-00378-LJO-TAG<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is hereby stipulated by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SIX HUNDRED EIGHTY FOUR DOLLARS ($684.00) for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of SIX HUNDRED EIGHTY FOUR DOLLARS ($684.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in

connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: September 26, 2007         */s/ Robert D. Christenson by Katherine R. Loo*
(As authorized via facsimile)
ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: September 25, 2007         McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   **September 27, 2007**                              **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE